IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEFFREY NDUNGI SILA,** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:25-CV-1708-B |
| | § | (CASE NO. 3:16-CR-448-B-1) |
| **UNITED STATES OF AMERICA,** | § | |
| Respondent. | § | |

**ORDER REQUIRING RESPONDENT TO SHOW CAUSE
AND NOTICE AND INSTRUCTIONS TO PARTIES
REGARDING PETITION FOR WRIT OF CORAM NOBIS**

Petitioner Jeffrey Ndungi Sila filed a pro se petition for writ of coram nobis. Doc. 3. Pleadings and briefs are required or permitted as follows:

A.  **Respondent's Answer**

Respondent is **ORDERED** to file an answer or other responsive pleading **no later than September 5, 2025**. A copy of Respondent=s answer and any supporting brief will be served on the Petitioner by transmitting or mailing such documents to him at the address set out in the petition or to his attorney of record, if any, and a certificate reflecting service must be included in each filing.

B.  **Petitioner=s Reply**

Petitioner may submit a reply brief to Respondent=s answer within **thirty (30) days** from the date of service of the answer. A reply must be limited to the arguments raised in the Respondent's answer/responsive pleading, shall not include any new allegations of fact or new grounds for relief, and shall not exceed the ten-page limit for replies set out in Local Civil Rule 7.2(c). Petitioner shall electronically transmit or mail a copy of any reply to Respondent's counsel.

C.  **Briefs**

Briefs should be double-spaced. Each argument with supporting citations in the brief should specify the specific ground or numbered paragraph of the filing it seeks to support or oppose. A copy of any brief must be transmitted or served by mail on the opposing party or counsel, if represented by counsel, and a certificate reflecting service must be included in the brief.

**D.     Direction to the Clerk of the Court**

The Clerk of Court is directed to **electronically SERVE** copies of all pleadings and orders in this case on the designated government attorney for the United States Attorney for the Northern District of Texas. The Clerk of the Court is **directed** to follow the same procedures for § 2241 federal habeas petitions.

SO ORDERED this 10th day of July , 2025.

                                          JANE J. BOYLE
                                        UNITED STATES DISTRICT JUDGE